John HOSKINGS, Petitioner—
Appellant,

v.

Pat L. VASQUEZ, Respondent—
Appellee.

No. 06–16340.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 26, 2007.

John Hoskings, Wasco, CA, pro se.

Benjamin T. Rice, Esq. Fax, Agca—Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, TASHIMA and THOMAS, Circuit Judges.

MEMORANDUM **

The stay of appellate proceedings is lifted.

The parties' stipulated motion for remand is granted. In light of the intervening precedent of *Sass v. California Board of Prison Terms,* 461 F.3d 1123 (9th Cir. 2006), we reverse the district court's order and remand for proceedings consistent with *Sass v. California Board of Prison Terms.*

**REVERSED AND REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

